# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE W. CRUTE, | Civil Action No. 10 - 226J |
| Petitioner, | District Judge Kim R. Gibson |
| | Magistrate Judge Lisa Pupo Lenihan |
| v. | |
| MR. WELINGER, Warden, F.C.I. Loretto, | |
| Respondent. | |

## ORDER

On August 30, 2010, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus (ECF No. 1) and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (ECF No. 15), filed on August 5, 2011, recommended that the Petition for Writ of Habeas Corpus be denied. Petitioner was served with the Report and Recommendation and was advised he was allowed fourteen (14) days (*i.e.*, until August 22, 2011) to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 26th day of August, 2011;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 15 is **ADOPTED** as the Opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

Kim R. Gibson
United States District Judge

cc: George W. Crute 08415-068
FCI Loretto
P.O. Box 1000
Loretto, PA 15940